COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER OF REINSTATEMENT

Style: Joseph L. Ewells v. The State of Texas

Appellate case number: 01-11-01014-CR

Trial court: 184th District Court, Harris County, Texas

Trial court case number: 1297122

This case was abated and remanded to the trial court on May 15, 2012. In the order of abatement, we directed the trial court to make appropriate findings and enter appropriate orders regarding appellant's financial circumstances, representation on appeal, and any requests for a free appellate record. Supplemental clerk's records were filed with the Court on May 22 and June 12, 2012. The supplemental records contain an affidavit of indigence by appellant, a motion by appellant for the provision of a free record, and orders of the trial court finding appellant indigent, appointing Jani Maselli to represent him on appeal, and ordering the court reporter to prepare and file the reporter's record at no charge to appellant. Accordingly, we REINSTATE this case on the Court's active docket.

The reporter's record is ORDERED to be filed within 30 days of the date of this order. See TEX. R. APP. P. 35.1, 35.3(c).

Appellant's brief is ORDERED to be filed within 30 days of the date the reporter's record is filed. See TEX. R. APP. P. 38.6(a).

Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. See TEX. R. APP. P. 38.6(b).

It is so **ORDERED.**

Judge's signature: /s/ Justice Terry Jennings
          ☑ Acting individually      ☐ Acting for the Cou
Date: June 18, 2012